JULIUS LUFTMAN et al., Suing on Their Own Behalf and on Behalf of All Other Similarly Situated Tenants of the Hotel Marcy, Respondents, *v.* PAUL ROSS et al., as Temporary City Housing Rent Commission, Defendants, and BING & BING, INC., Appellant.

Submitted October 11, 1948; decided October 16, 1948.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 298 N. Y. 579.]

CHARLES MOORE et al., Appellants, *v.* MARION T. AUSTIN et al., Respondents.

Submitted October 11, 1948; decided October 14, 1948.

*Benjamin Shebar* for motion.
*Clinton M: Flint* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellants serve and file an undertaking on appeal and pay $10 costs within ten days in which event motion denied.